# AIELLO CANNICK
Your rights • Our business

MEMO ENDORSED

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

**Of Counsel**

John S. Esposito
Anthony J. Rattoballi

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444, Fax (718) 803-9764
Email: info@aiellocannick.com

October 16, 2020

**VIA ECF**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

Re: **United States v. Daniel Spotards**
    **7:16-cr-00666-KMK**

Dear Honorable Judge Karas:

I represented Daniel Spotards in the above indictment before Your Honor, pursuant to a CJA appointment. Mr. Spotards was sentenced on May 16, 2018 to a term of imprisonment of 78 months.

Mr. Spotards is presently serving his sentence at FCI Berlin. Mr. Spotards has contacted me seeking to be released on home confinement for the duration of the crisis or for compassionate release based on his medical issues; he has suffered with a myriad of severe health conditions and is at high risk of contracting the virus.

In order for me to prepare and pursue an application for compassionate release, I respectfully request that the Court re-appoint me as CJA counsel to represent Mr. Spotards for this purpose, *nunc pro tunc* to September 1, 2020, which is the date on which Mr. Spotards first contacted me.

Thank you for your courtesy and consideration.

Granted.
So Ordered.

*/s/ K.M.K.*
10/16/20

Very truly yours,

Deveraux L. Cannick

DLC/ad